IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODRICK SATRE and BONITA SATRE DALEY,

    Plaintiff,

  v.

WELLS FARGO BANK, NA, ET AL.,

    Defendants.
_____/

No. C 10-01405 JSW

**ORDER REQUIRING SERVICE AND CONTINUING CASE MANAGEMENT CONFERENCE**

    Although Plaintiffs filed a complaint on April 2, 2010, there is no indication that they have served Defendants. Moreover, in an order dated April 27, 2010, the Court set a case management conference for August 6, 2010 at 1:30 p.m. Plaintiffs were required but failed to file a case management statement by July 30, 2010. Therefore, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE in writing no later than August 13, 2010, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order by August 13, 2010 shall result in dismissal of this matter without prejudice.

    The Court FURTHER ORDERS that the case management conference currently scheduled for August 6, 2010 is CONTINUED to September 24, 2010. The case management statement is due by September 17, 2010.

**IT IS SO ORDERED.**

Dated: 08/03/10

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE