IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODRICK SATRE and BONITA SATRE DALEY,

    Plaintiff,

  v.

WELLS FARGO BANK, NA, ET AL.,

    Defendants.
_____/

No. C 10-01405 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE, PERMITTING LATE SERVICE, AND CONTINUING CASE MANAGEMENT CONFERENCE**

On August 3, 2010, due to lack of proper service and failure to file a case management statement, Plaintiffs were ordered to show cause in writing by no later than August 13, 2010, as to why this case should not be dismissed for failure to prosecute. In response, the Court received a motion for an extension of time to perfect service filed by Plaintiffs. The Court HEREBY DISCHARGES the Order to Show Cause, GRANTS Plaintiffs' motion for an extension of time, and FURTHER CONTINUES the case management conference currently scheduled for September 24, 2010 to December 10, 2010. The case management statement is due by December 3, 2010.

**IT IS SO ORDERED.**

Dated: August 24, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

<table>
<tr><td></td><td></td></tr>
</table>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK SATRE et al,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA et al,<br><br>        Defendant.<br>                                                           / | Case Number: CV10-01405 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bonita Satre Daley
530 Santa Fe Avenue
Richmond, CA 94801

Rodrick I. Satre
530 Santa Fe Avenue
Richmond, CA 94801

Dated: August 24, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk