United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK SATRE and BONITA SATRE DALEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, NA, ET AL.,<br><br>　　　　Defendants.<br>_____/ | No. C 10-01405 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on January 7, 2011 on Defendant First American Trustee Servicing Solutions' motion to dismiss for failure to state a claim; for insufficient service of process; to strike pursuant to California Code of Civil Procedure Section 425.16; and for a more definite statement. The Court HEREBY ORDERS an opposition to the motion shall be filed no later than October 20, 2010 and a reply brief shall be filed by no later than October 29, 2010. Plaintiffs, proceeding pro se, are admonished that failure to file an opposition may result in dismissal of this defendant.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 30, 2010

　　　　　　　　　　　　　　　　　　　　　　／s／ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODRICK SATRE et al,

    Plaintiff,

  v.

WELLS FARGO BANK, NA et al,

    Defendant.

Case Number: CV10-01405 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bonita Satre Daley
530 Santa Fe Avenue
Richmond, CA 94801

Rodrick I. Satre
530 Santa Fe Avenue
Richmond, CA 94801

Dated: September 30, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk