United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK SATRE and BONITA SATRE DALEY,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 10-01405 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS FIRST AMENDED COMPLAINT** |

       This matter is set for a hearing on January 7, 2011 on (1) Defendant First American Trustee Servicing Solutions' motion to dismiss the first amended complaint for failure to state a claim; for insufficient service of process; to strike pursuant to California Code of Civil Procedure Section 425.16; and for a more definite statement; (2) Defendant Glenn H. Wechsler's motion to dismiss the first amended complaint; and, (3) Defendant Glenn H. Wechsler's motion to strike state law claims pursuant to California Code of Civil Procedure Section 425.16.[1]  The Court HEREBY ORDERS oppositions to the motions shall be filed no later than November 24, 2010 and reply briefs shall be filed by no later than December 8, 2010. Plaintiffs, proceeding pro se, are admonished that failure to file oppositions may result in dismissal of defendants.

       If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order

---

[1] The original motions were mooted by the filing of an amended complaint.

1   demonstrating good cause for any modification requested.

2   **IT IS SO ORDERED.**

3   Dated: November 4, 2010

    _____
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODRICK SATRE et al,

        Plaintiff,

  v.

WELLS FARGO BANK, NA et al,

        Defendant.

Case Number: CV10-01405 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bonita Satre Daley
530 Santa Fe Avenue
Richmond, CA 94801

Rodrick I. Satre
530 Santa Fe Avenue
Richmond, CA 94801

Dated: November 4, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3