IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODRICK SATRE and BONITA SATRE DALEY,

    Plaintiffs,

  v.

WELLS FARGO BANK, NA, ET AL.,

    Defendants.
                                         /

No. C 10-01405 JSW

**ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT**

       This matter is set for a hearing on March 18, 2011 on Plaintiffs Rodrick I. Satre and Bonita Satre Daley's motion for relief from judgment. The Court HEREBY ORDERS that the opposition to the motion shall be filed no later than February 18, 2011, and a reply brief shall be filed by no later than February 25, 2011.

       If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

       **IT IS SO ORDERED.**

Dated: February 4, 2011

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODRICK SATRE et al,

        Plaintiff,

  v.

WELLS FARGO BANK, NA et al,

        Defendant.

Case Number: CV10-01405 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bonita Satre Daley
530 Santa Fe Avenue
Richmond, CA 94801

Rodrick I. Satre
530 Santa Fe Avenue
Richmond, CA 94801

Dated: February 4, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk