United States District Court

For the Northern District of California

1

2

3

4            IN THE UNITED STATES DISTRICT COURT

5

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7   RODRICK SATRE and BONITA SATRE
    DALEY,

8                                                No. C 10-01405 JSW
            Plaintiff,                           No. C 12-06548 JSW

9

        v.

10

11   WELLS FARGO BANK, NA, ET AL.,              **ORDER VACATING HEARINGS**

            Defendants.

12

13   RODRICK SATRE and BONITA SATRE
     DALEY,

14

            Plaintiff,

15

        v.

16

    ARGENT MORTGAGE COMPANY, LLC,
17  ET AL.,

18          Defendants.
                                            /

19

20          Pursuant to Civil Local Rule 7-1(b), the Court finds that the multiple motions in these

21   related cases which have been noticed for hearing on Friday, July 19, 2013 at 9:00 a.m., are

22   appropriate for decision without oral argument.  Accordingly, the hearing date is hereby

23   VACATED.  The motions will be taken under submission and decided on the papers.

24          **IT IS SO ORDERED.**

25

     Dated: July 11, 2013

26                                          _____
                                            JEFFREY S. WHITE
27                                          UNITED STATES DISTRICT JUDGE

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5

RODRICK SATRE et al,

6                     Case Number: CV10-01405 JSW

Plaintiff,

7

v.

8

WELLS FARGO BANK, NA et al,

9

Defendant.

10 _____/

11 RODRICK SATRE and BONITA SATRE        Case Number: CV12-06548 JSW
DALEY,

12

Plaintiff,

13
                     **CERTIFICATE OF SERVICE**
v.

14

ARGENT MORTGAGE COMPANY, LLC,

15 ET AL.,

16

Defendants.

_____/

17

18 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
District Court, Northern District of California.

19

That on July 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing
20 said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
21 delivery receptacle located in the Clerk's office.

22
Bonita Satre Daley
23 Rodrick I. Satre
530 Santa Fe Avenue
24 Richmond, CA 94801

25
Dated: July 11, 2013

26                     Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

27
28