IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK SATRE and BONITA SATRE DALEY,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA, ET AL.,<br><br>    Defendants.<br>_____<br>RODRICK SATRE and BONITA SATRE DALEY,<br><br>    Plaintiff,<br><br>  v.<br><br>ARGENT MORTGAGE COMPANY, LLC, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 10-01405 JSW<br>No. C 12-06548 JSW<br><br>**ORDER VACATING HEARINGS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the multiple motions in these related cases which have been noticed for hearing on Friday, July 19, 2013 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: July 11, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK SATRE et al,<br><br>  Plaintiff,<br><br> v.<br><br>WELLS FARGO BANK, NA et al,<br><br>  Defendant.<br>_____/ | Case Number: CV10-01405 JSW |
| RODRICK SATRE and BONITA SATRE DALEY,<br><br>  Plaintiff,<br><br> v.<br><br>ARGENT MORTGAGE COMPANY, LLC, ET AL.,<br><br>  Defendants.<br>_____/ | Case Number: CV12-06548 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bonita Satre Daley
Rodrick I. Satre
530 Santa Fe Avenue
Richmond, CA 94801

Dated: July 11, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk