IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK SATRE and BONITA SATRE DALEY,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA, ET AL.,<br><br>  Defendants. | No. C 10-01405 JSW<br><br>**ORDER VACATING HEARINGS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the multiple motions in this matter which have been noticed for hearing on Friday, March 14, 2014 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: March 6, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODRICK SATRE et al,

    Plaintiff,

v.

WELLS FARGO BANK, NA et al,

    Defendant.

Case Number: CV10-01405 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bonita Satre Daley
Rodrick I. Satre
530 Santa Fe Avenue
Richmond, CA 94801

Dated: March 6, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk