IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODRICK SATRE and BONITA SATRE DALEY,

    Plaintiff,

v.

WELLS FARGO BANK, NA, ET AL.,

    Defendants.

_____/

No. C 10-01405 JSW

**ORDER VACATING HEARING**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the multiple motions in this matter which have been noticed for hearing on Friday, December 12, 2014 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: December 4, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE